**BLAIR, Supt. of Banks v BOARD OF EDUCATION**

Ohio Appeals, 2nd Dist, Franklin Co
Decided April 11, 1930

For full opinion see 176 NE 99; 38 Oh Ap 303 (Oh Bar 7-14-31).

**BENNER v KRIEGER'S CLEANERS & DYERS, INC. (Two cases)**

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided June 24, 1929

For full opinion see 175 NE 867; 38 Oh Ap 7 (Oh Bar 5-12-31).